# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO U. CHAVEZ-BARRIENTOS,  <br>　　　　Petitioner,  <br>　　v.  <br>U.S. DEP'T OF HOMELAND SECURITY IMMIGRATION & CUSTOMS ENFORCEMENT,  <br>　　　　Respondents. | CV F  05-0187 AWI DLB HC  <br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS  <br><br>[Doc. 1] |

　　Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　Petitioner has filed an Application to Proceed In Forma Pauperis and a certified copy of his prison trust account statement.  Examination of these documents reveals that Petitioner is unable to afford the costs of this action.  Accordingly, the Application to Proceed In Forma Pauperis is GRANTED.  <u>See</u> 28 U.S.C. § 1915.


IT IS SO ORDERED.

Dated:　May 17, 2005　　　　　　　　　　　/s/ Dennis L. Beck  
ah0l4d　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1