UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO U. CHAVEZ-BARRIENTOS,<br><br>　　　　Petitioner,<br><br>v.<br><br>U.S. DEP'T OF HOMELAND<br>SECURITY IMMIGRATION &<br>CUSTOMS ENFORCEMENT,<br><br>　　　　Respondent. | 1:05-cv-00187-AWI-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)<br><br>**ORDER GRANTING RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND TRANSFERRING PETITION FOR WRIT OF HABEAS CORPUS TO COURT OF APPEALS FOR THE NINTH CIRCUIT AS A PETITION FOR REVIEW**<br><br>(Doc. 7) |

　　　Petitioner is proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

　　　On February 27, 2006, the Magistrate Judge filed Findings and Recommendations that the petition for writ of habeas corpus be TRANSFERRED to the Court of Appeals for the Ninth Circuit as a Petition for Review, and Respondent's motion to dismiss be GRANTED on that particular ground ONLY.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days from the date of service of that order.  To date, the parties have not filed timely

1

1 | objections to the Findings and Recommendations.

2 | In accordance with the provisions of 28 U.S.C. § 636
3 | (b)(1)(C), this Court has conducted a *de novo* review of the case.
4 | Having carefully reviewed the entire file, the Court concludes that
5 | the Magistrate Judge's Findings and Recommendations are supported
6 | by the record and proper analysis.

7 | Accordingly, IT IS HEREBY ORDERED that:

8 | 1.   The Findings and Recommendations, filed February 27,
9 | 2006, are ADOPTED IN FULL;

10 | 2.   Respondent's motion to dismiss, filed January 4, 2006, is
11 | GRANTED on the ground that this Court lacks jurisdiction; and

12 | 3.   The Petition for Writ of Habeas Corpus is TRANSFERRED to
13 | the Court of Appeals for the Ninth Circuit as a Petition for
14 | Review.

16 | IT IS SO ORDERED.

17 | **Dated:   April 12, 2006**          **/s/ Anthony W. Ishii**
    | 0m8i78                               UNITED STATES DISTRICT JUDGE